IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-03056-WYD-MEH

LIBRADO FLORES-CARRILLO,

    Plaintiffs,

v.

ERIC J. SIBELIUS,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1), filed January 20, 2010 [ECF No. 6].  Upon consideration of the motion and the file herein, it is hereby

ORDERED that the motion is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

Dated:  January 20, 2011

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge